UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re                                  ) Chapter 7, No. 01-43035-HJB
                                       )
STEPHEN A. CHOJNACKI                   )
                                       )
                                       )
            Debtor                     )
                                       )

TRUSTEE'S REPORT OF NO DISTRIBUTION

The undersigned trustee of the estate of the debtor(s) named above does hereby report that the following property will be abandoned pursuant to 11 U.S.C. §554.

The trustee is satisfied that the above-described property is burdensome or of inconsequential value to the estate.

The trustee reports that he has neither received any property nor paid any money on account of this estate except exempt property; that he has made a diligent inquiry into the financial affairs of the debtor(s) and the location of property of the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, the undersigned certifies that the estate of the above-name debtor(s) has been fully administered.

The trustee requests that this report be approved, and that he be discharged from any further duties as trustee herein.

I hereby certify that on this date, the original of this report was filed with the Bankruptcy Court and that a copy was transmitted to the United States Trustee and served upon the Debtor's counsel (Debtor if pro se).

Dated: July 30, 2001

                                    JOSEPH B. COLLINS, TRUSTEE
                                    (BBO No. 092660)

ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It is hereby ordered that the trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. §350(a)

Date:

                                    _____
                                    U.S. BANKRUPTCY JUDGE